**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                                    Case No.: 1:15−cr−00191
                                                                    Honorable Sara L. Ellis

Rajinder Sachdeva

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 18, 2017:

       MINUTE entry before the Honorable Sara L. Ellis: as to Rajinder Sachdeva, Status hearing held on 7/18/2017. Jury Trial set for 9/13/2017 is stricken and reset for 5/21/2018 at 9:00 AM. Final pretrial conference set for 8/15/2017 is stricken. Status hearing set for 10/11/2017 at 10:00 AM. Without objection, time is excluded from 7/18/2017 to 10/11/2017 pursuant to 18:3161(h)(7)(A)(B). Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.